IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAN THOMASTON, as Natural Father and Next Friend of M.T., a Minor, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 18-00372-KD-B |
| BALDWIN COUNTY BOARD OF EDUCATION, *et al*., | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the Report and Recommendation of the Magistrate Judge (doc. 22) made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. Accordingly, this action is DISMISSED.

DONE this 12th day of July 2019.

                                                   s / Kristi K. DuBose
                                                   KRISTI K. DuBOSE
                                                   CHIEF UNITED STATES DISTRICT JUDGE